1

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

3

Lindo Michoacan, Inc.,

4
                        Plaintiff,

5
vs.

6
Divina Brands, LLC.,

7
                        Defendant.

**2:24-cv-01540-RFB-MDC**

**ORDER GRANTING STIPULATION**

8        **IT IS ORDERED** that the *Stipulated Discovery Plan and Scheduling Order* (ECF No. 12) is

9    **GRANTED**. LR 26-1(b)(1) provides that the discovery cut-off date is measured 180 days from the date

10   the first defendant answers or appears. The 180-days is not measured from the date of the initial

11   discovery conference. That being said, the Court finds that Mr. Parsons's medical emergency is good

12   cause to justify the longer period requested.  In the future, counsel is advised to comply with the Local

13   Rules.

14

15        DATED this 4th day of November 2024.

16        IT IS SO ORDERED.

17

18
                                        _____
                                        Hon. Maximiliano D. Couvillier III
19                                      United States Magistrate Judge

20

21

22

23

24

25