WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
Jorge Ramirez, Esq.
6689 Las Vegas Blvd. South
Suite 200
Las Vegas, NV 89119
Telephone (702) 727-1270
Email: jorge.ramirez@wilsonelser.com

*Attorneys for Plaintiff and Counterclaim Defendant Lindo Michoacán, Inc.*

KAPLAN YOUNG
Kory L. Kaplan, Esq.
Nevada Bar No. 13164
Email: kory@kaplanyoung.com
10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89145
Telephone: (702) 381-8888
Facsimile: (702) 832-5559

LAW OFFICES OF STEPHEN ABRAHAM
Stephen E. Abraham, Esq.
*Pro Hac Vice*
California State Bar No. 172054
Email: stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, CA 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

*Attorneys for Defendant and Counterclaimant Divina Brands, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LINDO MICHOACAN, INC., a Nevada corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>DIVINA BRANDS, LLC, a Nevada limited liability company<br><br>*Defendant*.<br><br>DIVINA BRANDS, LLC, a Nevada limited liability company<br><br>*Counterclaimant*,<br><br>v.<br><br>LINDO MICHOACAN, INC., a Nevada corporation,<br><br>*Counterclaim Defendant*. | Case No. 2:24-cv-01540<br><br>**STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(a)(ii)**<br><br>**[Related PTO/TTAB Action Stayed]** |

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

Lindo v Divina - Stipulation for Dismissal

1

STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim Defendant Lindo Michoacán, Inc., on the one hand, and Defendant and Counterclaimant Divina Brands, LLC, on the other hand, through their respective attorneys, having full authority to do so, stipulate and jointly request that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated this 25th day of April 2025.

| | |
|---|---|
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | KAPLAN YOUNG |
| /s/ Jorge Ramirez<br>Jorge Ramirez, Esq. | /s/ Kory L. Kaplan<br>Kory L. Kaplan, Esq. |
| Attorneys for Plaintiff and Counterclaim Defendant Lindo Michoacán, Inc. | LAW OFFICES OF STEPHEN ABRAHAM |
| | /s/ *Stephen E. Abraham*<br>Stephen E. Abraham, Esq. |
| | Attorneys for Defendant and Counterclaimant Divina Brands, LLC |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: This 29th day of May, 2025.

Honorable Richard F. Boulware, II
United States District Judge

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

Lindo v Divina - Stipulation for Dismissal

2

STIPULATION FOR DISMISSAL